UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 17-201 |
| v. | * | SECTION: "I" |
| LILBEAR GEORGE<br>JEREMY ESTEVES<br>CURTIS JOHNSON, JR.<br>CHUKWUDI OFOMATA<br>ROBERT BRUMFIELD, III | * | |

\* \* \*

## UNITED STATES BILL OF PARTICULARS
## FOR FORFEITURE OF PROPERTY

**NOW INTO COURT,** comes the United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following property is subject to forfeiture on the basis of the forfeiture allegations set forth in the Indictment filed in the above-captioned criminal case:

> Century Arms AK-47 Rifle, Model M70, bearing Serial Number: M70AB29581.

> Respectfully submitted,
>
> DUANE A. EVANS
> UNITED STATES ATTORNEY
>
> */s/ Andre J. Lagarde*
> ANDRE J. LAGARDE          (28649)
> Assistant United States Attorney
> 650 Poydras Street, Suite 1600
> New Orleans, LA   70130
> Telephone: (504) 680-3009
> Andre.Lagarde@usdoj.gov

CERTIFICATE OF SERVICE

       I hereby certify that a copy of the above and foregoing pleading has been served in accordance with the Court's ECF Rules on March 9, 2018.

                                             /s/ *Andre J. Lagarde*
                                             ANDRE J. LAGARDE
                                             Assistant United States Attorney