# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 17-201 |
| v. | * | SECTION: "I" |
| LILBEAR GEORGE, et al | * | |
| | * | |

\* \* \*

## GOVERNMENT'S REQUEST FOR ALIBI NOTICE

**NOW INTO COURT**, comes the United States of America, who through the undersigned Assistant United States Attorney for the Eastern District of Louisiana, respectfully requests that the defendants notify the undersigned of any intended alibi defense, pursuant to Rule 12.1 of the Federal Rules of Criminal Procedure, for the following period of time: December 18, 2013, from 9:00 AM CST to 3:00 PM CST.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

/s/ Jonathan L. Shih
JONATHAN L. SHIH
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3073

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                      /s/ Jonathan L. Shih
                                      JONATHAN L. SHIH
                                      Assistant United States Attorney