UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

(Criminal)

UNITED STATES OF AMERICA            No. 17-201 I(3)
         VS.
ROBERT BRUMFIELD, III

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:     Sheriff, Harris County Jail

GREETING: --

You are hereby ordered and directed to surrender the body of Robert Brumfield, III, now confined in the Harris County Jail, Houston, Texas, to the United States Marshals Service, to be thereafter produced on or before April 29, 2019 at 2:00 P.M. before the duty United States Magistrate Judge to appear for an initial appearance, after which Robert Brumfield, III is to remain in the custody of the United States Marshals Service until the resolution of the federal charges pending against him

Witness the Honorable Judges of the United States District Court for the Eastern District of Louisiana at the City of New Orleans, LA, this 8th day of April, 2019

WILLIAM W. BLEVINS, CLERK

BY: _____
*Deputy Clerk*