UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 17-201 |
| v. | * | SECTION: "I" (3) |
| LILBEAR GEORGE, ET AL. | * | |

\* \* \*

## FOURTH PROPOSED SCHEDULING ORDER

The Court hereby sets the following guidelines and deadlines:

### DISCOVERY

Although the discovery deadlines have passed, the government and the defendants recognize that the parties will continue to discover this matter, and all parties agree to turn over any additional discovery materials in a timely fashion, reserving their right to file appropriate motions as needed, including motions to compel.

### BRADY MATERIAL

The government is aware of its continuing obligation to produce exculpatory and other impeachment material under *Brady v. Maryland* and its progeny and will discharge this obligation. Materials discoverable under *Brady*, to the extent they exist, will be provided immediately.

### JENCKS ACT AND GIGLIO MATERIALS

Materials to which the defendant and the government are entitled under the *Jencks Act* (18 U.S.C. § 3500) and *United States v. Giglio* will be provided by two weeks in advance of trial in an effort to avoid any delay in trial. However, *Jencks* and *Giglio* materials that involve witness security issues, upon showing made to the Court by that date, may be provided the Wednesday before trial at 9:00 a.m.

### NOTICE OF THE UNITED STATES' INTENT TO ADMIT EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS IN ACCORDANCE WITH RULE 404(b) OF THE FEDERAL RULES OF EVIDENCE

The government will file any notice of its intent to utilize evidence of other crimes, wrongs or acts no later than 90 days prior to trial.

### MOTIONS IN LIMINE

All motions in limine shall be filed no later than May 29, 2020, with all oppositions due June 12, 2020. If the government discloses evidence to the defendant within 45 days of trial, the defendants may file motions in limine related to such evidence. The government shall file its responses three days later.

### PRE-TRIAL MOTIONS

Any additional pre-trial evidentiary motions must be filed no later than April 7, 2020. Upon good cause shown, and with Court approval, the parties may file pre-trial motions based on materials provided or issues arising after April 7, 2020.

### INDICTMENT AND DEATH PENALTY MOTIONS

Any motions challenging the indictment or the government's notice to seek the death penalty shall be filed by October 7, 2019, with responses due by October 14, 2019. Any replies must be filed by October 21, 2019.

### EXPERT WITNESSES

In accordance with the provisions of Rule 16 (a)(1)(G) and Rule 16 (b)(1)(C), all parties shall designate the type of experts it intends to utilize at trial and satisfy the requirements of Rule 16 (a)(1)(G) and Rule 16(b)(1)(C) by June 17, 2020. If the government discloses evidence to the defendants after June 17, 2020, the defendants are not precluded from designating experts to address issues related to such evidence.

## STIPULATIONS

To facilitate judicial economy, where authenticity and technical predicates are not at issue, the government shall submit a proposed stipulation relating to the authenticity of its evidence no later than 30 days before trial. The stipulations shall encompass the authenticity of recorded audio/video tapes and business/public records. The defendants shall review the proposed stipulations and propose any changes no later than 20 days before trial, with agreement on the final stipulations to be completed no later than 15 days before trial. The government shall likewise act accordingly with any stipulations proposed by the defense.

## NOTICE OF PHYSICAL AND TRACE EVIDENCE

The government shall provide an inventory of all physical and trace evidence that it intends to use at trial by September 1, 2019.

## WITNESS AND EXHIBIT LISTS

The government shall submit its proposed witness and exhibit list to the defendants no later than August 17, 2020. The defendants shall submit their proposed witness and exhibit lists to the government no later than August 24, 2020. Objections to proposed exhibits shall be submitted no later than August 31, 2020, with responses to the objections due no later than September 7, 2020.

## RULE 1006 EXHIBITS

Any summary or chart that the government or the defense intend to introduce as an exhibit pursuant to Federal Rule of Evidence 1006, along with the supporting materials, will be exchanged on August 29, 2020.

## PROPOSED JURY SELECTION PROCEDURES

The defendants shall submit their proposed jury selection procedures no later than June 1, 2020. Any opposition by the government shall be filed no later than June 15, 2020, and any replies

shall be filed no later than June 22, 2020.

## JURY QUESTIONNAIRE

The government and the defendants shall submit a joint jury questionnaire by June 1, 2020. Any objections to the jury questionnaire shall be outlined and included with the joint jury questionnaire.

## RULE 12.2 PROCEDURES – MENTAL HEALTH

The deadline for any defendants' notice of its intent to offer *penalty*-phase mental-health evidence required under Federal Rule of Criminal Procedure 12.2(b)(2) is August 27, 2020. The deadline for the defendants to provide notice of their intent to present an insanity defense under Rule 12.2(a), or notice to present expert testimony relating to a mental disease or defect or any other mental condition bearing on the issue of *guilt* under Rule 12.2(b)(1), is also August 27, 2020.

## COMPETENCY

The defendants shall raise any issues of competency no later than March 20, 2020. Any additional deadlines or hearings necessary to resolve this issue will promptly be scheduled by the Court.

## GUILT PHASE EXPERTS

The government and the defendants are directed to disclose their guilt-phase experts' identities, CVs, and summaries, as required by Federal Rules of Criminal Procedure 16(a)(1)(G) and 16(b)(1)(C) no later than June 17, 2020. If the government discloses evidence to the defendants after June 17, 2020, the defendants are not precluded from designating experts to address issues related to such evidence.

Any challenge to the testimony of guilt-phase experts pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or on any other basis, must be filed by August 3, 2020, with responses due by August 17, 2020. Any replies must be filed by August 24, 2020.

## DISCLOSURE OF NON-MENTAL HEALTH EXPERTS AND
## NOTICE OF MITIGATING FACTORS AT THE SENTENCING PHASE

The parties dispute whether the defendants are required to (1) disclose the identities of their penalty-phase, non-mental health experts and (2) provide notice of the non-mitigating factors they intend to prove at the sentencing hearing. Accordingly, the government shall file motions requesting such disclosure, and outlining the legal basis for its entitlement to the same, no later than July 13, 2020, with responses due no later than July 27, 2020.

## PROPOSED JURY INSTRUCTIONS

The government and the defendants shall submit proposed jury instructions for both the guilt and any penalty phase no later than June 8, 2020. Any objections are due on June 22, 2020.

NEW ORLEANS, Louisiana, this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE