UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 17-201** |
| **v.** | * | **SECTION: "I"** |
| **JEREMY ESTEVES** | * | |
| **ROBERT BRUMFIELD III** | | |
| * | * | * |

GOVERNMENT'S MEMORANDUM IN RESPONSE TO DEFENDANT
BRUMFIELD'S PROPOSED AMENDMENT TO THE JOINT JURY INSTRUCTIONS

**NOW INTO COURT,** comes the United States of America, appearing through the undersigned Assistant United States Attorneys, and, pursuant to the Court's October 8, 2019 Order, Doc. 622, respectfully states that it has no objection to defendant Brumfield's proposed amendments to the joint jury instructions, Doc. 615.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY

*s/ Brittany L. Reed*
BRITTANY L. REED
Assistant United States Attorney
Louisiana Bar Roll Number 31299
Email: Brittany.Reed2@usdoj.gov

*s/ Michael E. McMahon*
MICHAEL E. MCMAHON
Assistant United States Attorney
Louisiana Bar Roll Number 10095
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3027
Email: Michael.McMahon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for defendant.

*s/ Brittany L. Reed*
BRITTANY L. REED
Assistant United States Attorney
