MINUTE ENTRY
AFRICK, J.
NOVEMBER 6, 2019

JS10 - 05:35

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 17-201 |
| JEREMY ESTEVES, ROBERT BRUMFIELD, III | SECTION: I |

**JURY TRIAL**
(continued from November 5, 2019)

COURTROOM DEPUTY: Bridget Gregory
COURT REPORTER: Jodi Simcox

APPEARANCES:	Michael McMahon and Brittany Reed, Counsel for Government
Majeeda Snead and Nandi Campbell, Counsel for defendant Jeremy Esteves
Townsend Myers, Counsel for defendant Robert Brumfield, III
Jeremy Esteves and Robert Brumfield, III, Defendants

Court begins at 7:55 a.m.
All present and ready.
Out of jury's presence:
Motion on behalf of defendants for mistrial - **ORDER DENIED**.
Objections by defendants to specific testimony of witness Cedric Wade - **ORDER OVERRULED.**
Motion on behalf of the government to allow witness to testify in open court under a pseudonym - **ORDER DENIED**.
Jury returned to the courtroom.
Juror number 1 excused from further service in this case.
Government witnesses.
Jennifer Bracamontes, sworn and testified as an expert.
Government's exhibit 35, offered and admitted.
Stephanie Taillon, sworn and testified.
Government's exhibits 43 and 44, offered and admitted.

CR 17-201 "I"  
Page 2 - Trial Minutes  
November 6, 2019

Krystal Moore, sworn and testified.
India Bell, sworn and testified.
Lydell Hinton, sworn and testified.
Jamell Hurst, sworn and testified.
Government witness. (OUT OF TURN)
Zach Elmer, sworn.
Court recessed at 2:30 p.m., to reconvene on Thursday, November 7, 2019 at 8:15 a.m.
Defendants remanded to the custody of the U.S. Marshal.