MINUTE ENTRY
AFRICK, J.
NOVEMBER 7, 2019

JS10 - 00:25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 17-201 |
| JEREMY ESTEVES, ROBERT BRUMFIELD, III | SECTION: I |

**JURY TRIAL**
(continued from November 6, 2019)

COURTROOM DEPUTY: Bridget Gregory
COURT REPORTER: Jodi Simcox

APPEARANCES:   Michael McMahon and Brittany Reed, Counsel for Government
Majeeda Snead and Nandi Campbell, Counsel for defendant Jeremy Esteves
Townsend Myers, Counsel for defendant Robert Brumfield, III
Jeremy Esteves and Robert Brumfield, III, Defendants

Court begins at 8:50 a.m.
All present and ready.
Out of jury's presence:
Argument by counsel regarding late disclosures.
Court addressed motion for expedited transcripts filed by defendant Robert Brumfield, III.
Jury returned to the courtroom.
Court recessed at 9:05 a.m.
Court resumed at 11:15 a.m.
Out of jury's presence:
Discussions with counsel.
Jury returned to the courtroom.
Court recessed at 11:25 a.m., to reconvene on Monday, November 11, 2019 at 7:30 a.m.
Defendants remanded to the custody of the U.S. Marshal.