MINUTE ENTRY
AFRICK, J.
November 7, 2019
JS-10 00:30

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 17-201** |
| **JEREMY ESTEVES,** <br> **& ROBERT BRUMFIELD, III** | **SECTION I** |

## ORDER

On this date, the Court held an in-chambers conference with the government and counsel for defendants Jeremy Esteves ("Esteves") and Robert Brumfield, III ("Brumfield") to discuss proposed jury instructions and jury interrogatories, as well as matters relating to recently-produced discovery from the government.

An in-chambers conference shall be set for November 8, 2019 at 11:00 A.M. to discuss proposed changes to the jury instructions and jury interrogatories.

As transcribed by the court reporter in chambers, trial shall be continued to November 11, 2019 at 7:30 A.M. to allow defense counsel sufficient time to review the recently-produced discovery.

Counsel for Esteves orally advised the Court that Esteves joins Brumfield's motion[1] for a mistrial. The government advised the Court that it will file its response to the motion for a mistrial by the morning of November 8, 2019.

---

[1] R. Doc. No. 717.

1

2

New Orleans, Louisiana, November 7, 2019.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**