MINUTE ENTRY
AFRICK, J.
NOVEMBER 11, 2019

JS10 - 09:40

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 17-201 |
| JEREMY ESTEVES,<br>ROBERT BRUMFIELD, III | SECTION: I |

**JURY TRIAL**
(continued from November 7, 2019)

COURTROOM DEPUTY: Bridget Gregory
COURT REPORTER: Jodi Simcox

APPEARANCES: Michael McMahon and Brittany Reed, Counsel for Government
Majeeda Snead and Nandi Campbell, Counsel for defendant Jeremy Esteves
Townsend Myers, Counsel for defendant Robert Brumfield, III
Jeremy Esteves and Robert Brumfield, III, Defendants

Court begins at 7:30 a.m.
All present and ready.
Out of jury's presence:
Argument by counsel on motions.
Motion[1] on behalf of the defendant Robert Brumfield, III for declaration of mistrial, and joined by the defendant Jeremy Esteves - **ORDER DENIED**.
Motion[2] on behalf of the defendant Jeremy Esteves for declaration of mistrial - **ORDER DENIED**.
Motion[3] on behalf of the defendant Robert Brumfield, III for expedited transcripts - **ORDER MOOT**.
Re-urged motion on behalf of the defendant Jeremy Esteves to exclude photographs of money seized - **ORDER DENIED.**
Court addressed counsel regarding jury charges and jury verdict form.
Court advised defendants of their rights not to testify.
Jury returned to the courtroom.

---

[1] Rec. Doc. No. 716
[2] Rec. Doc. No. 723
[3] Rec. Doc. No. 715

Government witness. (OUT OF TURN)
Zach Elmer, previously sworn and testified.
Government witnesses.
Continued testimony of Jamal Hurst previously sworn.
Government Exhibit 45, offered and admitted.
Defendant JE Exhibit 1, offered and admitted.
Continued testimony of Zach Elmer, previously sworn.
Government Exhibits 40 in globo, 47, and 49a-49c, offered and admitted.
Continued testimony of Durrell Pellegrin, previously sworn.
Government Exhibit 52a-52d, offered and admitted.
Jasmine Theophile, sworn and testified.
Government Exhibit 46, offered and admitted.
Steven Rayes, sworn and testified.
Government Exhibits 37, 38 and 48, offered and admitted.
Defendant JE Exhibits 6 and 3, offered and admitted.
Out of jury's presence:
Proffer stated on the record on behalf of the defendant Jeremy Esteves.
Jury returned to the courtroom.
Continued testimony of Steven Rayes, previously sworn.
Court recessed at 6:10 p.m., to reconvene on Tuesday, November 12, 2019 at 7:30 a.m.
Defendants remanded to the custody of the U.S. Marshal.