MINUTE ENTRY
AFRICK, J.
NOVEMBER 12, 2019

JS10 -  06:35

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 17-201 |
| JEREMY ESTEVES, ROBERT BRUMFIELD, III | SECTION: I |

**JURY TRIAL**
(continued from November 11, 2019)

COURTROOM DEPUTY: Bridget Gregory
COURT REPORTER: Jodi Simcox

APPEARANCES:   Michael McMahon and Brittany Reed, Counsel for Government
Majeeda Snead and  Nandi Campbell, Counsel for defendant Jeremy Esteves
Townsend Myers, Counsel for defendant Robert Brumfield, III
Jeremy Esteves and Robert Brumfield, III, Defendants

Court begins at 7:50 a.m.
All present and ready.
Out of jury's presence:
Defendants are informed of their right to testify and both defendants waive same.
Jury returned to the courtroom.
Government witnesses.
William Williams, sworn and testified as an expert.
Out of jury's presence:
Renewed Motion on behalf of the defendant Robert Brumfield, III for mistrial - **ORDER DENIED**.
Jury returned to the courtroom.
Continued testimony of Zach Elmer, previously sworn.
Continued testimony of Steven Rayes, previously sworn.
Continued testimony of William Williams, previously sworn.
Government Exhibit 51, offered and admitted.
Government rests.

CR 17-201 "I"<br>
Page 2 - Trial Minutes<br>
November 12, 2019

Out of jury's presence:
Motion on behalf of defendant Jeremy Esteves for judgment of acquittal - **ORDER DENIED**.
Motion on behalf of defendant Robert Brumfield, III for judgment of acquittal - **ORDER DENIED**.
Jury returned to the courtroom.
Defendant Robert Brumfield, III rests.
Defendant JE Exhibits 9 and 10, offered and admitted.
Defendant Jeremy Esteves witnesses:
Darlena Cole, sworn.
Defendant JE Exhibit 11 proffered.
Glenn Esteves, sworn and testified.
Defendant Jeremy Esteves rests.
Closing arguments of government and defendants.
Jury charged and instructed by the Court.
Jury retires for deliberations at 3:35 p.m.
Proffer stated on the record on behalf of the defendant Jeremy Esteves.
Court recessed at 6:30 p.m.
Jury deliberations to resume Wednesday, November 13, 2019, at 7:30 a.m.
Defendants remanded to the custody of the U.S. Marshal.