MINUTE ENTRY
AFRICK, J.
NOVEMBER 13, 2019

JS10 -  00:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 17-201 |
| JEREMY ESTEVES,<br>ROBERT BRUMFIELD, III | SECTION: I |

**JURY TRIAL**
(continued from November 12, 2019)

COURTROOM DEPUTY: Bridget Gregory
COURT REPORTER: Jodi Simcox

APPEARANCES:    Michael McMahon and Brittany Reed, Counsel for Government
Majeeda Snead and  Nandi Campbell, Counsel for defendant Jeremy Esteves
Townsend Myers, Counsel for defendant Robert Brumfield, III
Jeremy Esteves and Robert Brumfield, III, Defendants

Jury deliberations resumed at 7:30 a.m.
Questions of the jury to the Court are attached.
Jury returns at 8:50 p.m. with verdict as to the defendant Robert Brumfield, III and count 1 only as to the defendant Jeremy Esteves.
Jury polled and all answered in the affirmative.
**PSI ORDERED** as to the defendant Robert Brumfield, III**.**
Sentencing set for **WEDNESDAY, MARCH 4, 2020** at **2:00 P.M.**, as to the defendant Robert Brumfield, III.
Jury deliberations resumed at 8:55 p.m. as to counts 2 and 3 of the defendant Jeremy Esteves.
Jury returns at 10:45 p.m. with verdict as to counts 2 and 3 of the defendant Jeremy Esteves.
Jury polled and all answered in the affirmative.
Jury excused.
**PSI ORDERED** as to the defendant Jeremy Esteves**.**
Sentencing set for **WEDNESDAY, MARCH 4, 2020** at **2:00 P.M.**, as to the defendant Jeremy Esteves.
Defendants remanded to the custody of the U.S. Marshal.
Court adjourned at 10:55 p.m.